IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**KENTUCKY WATERWAYS ALLIANCE, INC., ET AL.,**

    **Plaintiffs,**

v.                                                          Civil Action No. 3:07-cv-677-S

**U.S. ARMY CORPS OF ENGINEERS, ET AL.,**

    **Defendants,**

**ICG HAZARD, LLC,**

    **Defendant-Intervenor.**

**JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE**

The parties report that they continue to engage in settlement discussions and, as a result of those discussions, hereby ask that the Court extend the briefing deadlines on Plaintiffs' already-filed Motion for Summary Judgment by one week. Pursuant to this Motion, the existing deadlines and the proposed new deadlines would be as follows:

|  | **Current Deadlines** | **Proposed Deadlines** |
|---|---|---|
| Defendants' Opposition to Plaintiffs' Motion for Summary Judgment/Cross-Motions for Summary Judgment | October 30, 2009 | **November 6, 2009** |
| Plaintiffs' Replies to Defendants' Opposition/Cross-Motions | November 13, 200 | **November 30, 2009** |
| Any further replies by Defendants | December 4, 2009 | **December 11, 2009** |

{C1622782.1}

Respectfully submitted,

| | |
|---|---|
| */s/ Joseph M. Lovett [with permission]*<br>Appalachian Center for the Economy and<br>  the Environment<br>P.O. Box 507<br>Lewisburg, WV 24901<br><br>William G. Howard<br>Appalachian Citizens' Law Center<br>52 Broadway, Suite B<br>Whitesburg, KY 41858<br><br>James M. Hecker<br>Public Justice<br>1825 K Street N.W., Suite 200<br>Washington, DC 20006<br><br>Aaron Isherwood<br>Erin Chalmers<br>Sierra Club Environmental Law Program<br>85 Second Street, 2d Floor<br>San Francisco, CA 94105-3441<br><br>*Counsel for Kentucky Waterways Alliance, Inc. and The Sierra Club* | */s/ Robert G. McLusky*<br>Robert G. McLusky<br>James R. Snyder<br>Jackson Kelly PLLC<br>P.O. Box 553<br>Charleston, WV 25322<br><br>Mary Elisabeth Naumann<br>Jackson Kelly PLLC<br>P.O. Box 2150<br>Lexington, Kentucky 40588-9945<br><br>*Counsel for ICG Hazard, LLC*<br><br>*/s/ Norman L. Rave, Jr. [with permission]*<br>Norman L. Rave, Jr.<br>Paul Cirino<br>U.S. Department of Justice<br>P.O. Box 23986<br>Washington, DC 20026<br><br>Ruth Ann Storey<br>U.S. Department of Justice<br>601 D Street, NW<br>Washington, DC  2004<br><br>Ann D. Navaro<br>U.S. Department of Justice<br>550 Main Street, Room 10032<br>Cincinnati, Ohio  45202-3222<br><br>*Counsel for U.S. Army Corps of Engineers* |

## CERTIFICATE OF SERVICE

    I, Robert G. McLusky, do hereby certify that on October 28, 2009, I electronically filed the foregoing JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William G. Howard
Appalachian Citizens Law Center
greg@appalachianlawcenter.org

Paul Cirino
U.S. Department of Justice
paul.cirino@usdoj.gov

Aaron Isherwood
Sierra Club Environmental Law Program
aaron.isherwood@sierraclub.org

Norman L. Rave, Jr.
U.S. Department of Justice
norman.rave@usdoj.gov

John Harbison
johnharbison@comcast.net

Erin Chalmers
Sierra Club Environmental Law Program
erin.chalmers@sierraclub.org

James M. Hecker
Public Justice
jhecker@publicjustice.net

Ann D. Navaro
U.S. Department of Justice
ann.d.navaro@usace.army.mil

And I mailed this document and the notice of electronic filing to:

Joseph M. Lovett
Appalachian Center for the Economy and
 the Environment
P.O. Box 507
Lewisburg, WV 24901

             */s/Robert G. McLusky*
             ROBERT G. McLUSKY