IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| **KENTUCKY WATERWAYS ALLIANCE, INC., et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | Civil Action No. 3:07-CV-677-S |
| **U.S. ARMY CORPS OF ENGINEERS, et al.,** | ) ) ) ) | |
| **Defendants,** | ) ) | |
| **ICG HAZARD, LLC,** | ) ) | |
| **Defendant-Intervenor.** | ) | |

**PLAINTIFFS' MOTION TO WITHDRAW THEIR MOTION FOR SUMMARY JUDGMENT AND A PERMANENT INJUNCTION**

Currently pending before the Court is a motion for summary judgment and a permanent injunction filed by Plaintiffs on September 21, 2009. Plaintiffs and the Defendant-Intervenor have reached a settlement agreement that resolves all of Plaintiffs' pending claims and motions. In light of this agreement, Plaintiffs respectfully move the Court to permit withdrawal of their motion for summary judgment and a permanent injunction. Plaintiffs also hereby provide notice to the Court of their intent to file within ten days a motion to dismiss with prejudice all remaining claims in this civil action.

Counsel for Plaintiffs has contacted counsel for Defendants and counsel for Defendant-Intervenor. All parties consent to this motion.

Respectfully submitted,

*/s/ Stephen A. Sanders*
Stephen A. Sanders
Appalachian Citizens' Law Center

317 Main Street
Whitesburg, KY 41858

Joseph M. Lovett
Appalachian Center for the Economy and
  the Environment
P.O. Box 507
Lewisburg, WV 24901

James M. Hecker
Public Justice
1825 K Street N.W., Suite 200
Washington, DC 20006

Aaron Isherwood
Sierra Club Environmental Law Program
85 Second Street, 2d Floor
San Francisco, CA 94105-3441

John Harbison
573 Coon Hill Rd
Colchester, VT 05446-7343
(802) 879-3940

*Counsel for Kentucky Waterways Alliance, Inc.
and The Sierra Club*

<h1 style="text-align:center">CERTIFICATE OF SERVICE</h1>

I, Stephen A. Sanders, do hereby certify that on November 13, 2009, I electronically filed the foregoing PLAINTIFFS' MOTION TO WITHDRAW THEIR MOTION FOR SUMMARY JUDGMENT AND THEIR MOTION FOR A PERMANENT INJUNCTION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert G. McLusky
Jackson Kelly PLLC
P.O. Box 553
Charleston, WV 25322

James R. Snyder
Jackson Kelly PLLC
P.O. Box 553
Charleston, WV 25322

Mary Elisabeth Naumann
Jackson Kelly PLLC
P.O. Box 2150
Lexington, Kentucky 40588-9945

Norman L. Rave, Jr.
U.S. Department of Justice
P.O. Box 23986
Washington, DC 20026

Paul Cirino
U.S. Department of Justice
P.O. Box 23986
Washington, DC 20026

Ruth Ann Storey
U.S. Department of Justice
601 D Street, NW
Washington, DC  2004

Ann D. Navaro
U.S. Department of Justice
550 Main Street, Room 10032
Cincinnati, Ohio  45202-3222

                                                */s/ Stephen A. Sanders*
                                                STEPHEN A. SANDERS